Lucy Jewett Wheatley (*pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 698-1061
lwheatley@mcguirewoods.com

ATTORNEY FOR PLAINTIFF LIBERTAS FUNDING, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| Libertas Funding, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Libertas Technologies Inc.,<br><br>Defendant. | Civil Action No. 0:21-cv-00121-SWS |

**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Libertas Funding, LLC, and Defendant Libertas Technologies Inc. (collectively, "the parties"), hereby stipulate that this action, including all claims and counterclaims, should be dismissed with prejudice. The parties will bear their own costs and attorneys' fees associated with this matter.

This is the 7th day of July, 2022.

s/_*Lucy Jewett Wheatley*

Lucas Buckley, Wyo. Bar #6-3997
Lee R. Dickinson, Wyo. Bar #7-5205
HATHAWAY & KUNZ, LLP
2515 Warren Ave. Ste 500
Cheyenne, WY 82001
Phone: 307-634-7723
Fax: 307-634-0985
lbuckley@hkwyolaw.com
ldickinson@hkwyolaw.com

Lucy Jewett Wheatley (pro hac vice)
Claire Hagan Eller (pro hac vice)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 698-1061
lwheatley@mcguirewoods.com
celler@mcguirewoods.com

*Attorneys for Plaintiff Libertas Funding, LLC*

s/_*Clyde Hutchins*

Clyde Hutchins, Bar No. 6-3549
Harmony Law, LLC
155 E. Boardwalk Drive, Suite 400
Fort Collins, CO 80525
Telephone: 970-488-1857
hutchins@harmonylaw.com

*Attorney for Defendant Libertas Technologies Inc.*